# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Joe Hand Promotions, Inc.,

      Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                       3:11cv546

Darryl Gaines and Cotton & Gaines, Inc.,

      Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2012 Order.

                    Signed: August 15, 2012

Frank G. Johns, Clerk
United States District Court